AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

RECEIVED

JUN 0 1 2026

Wendy R Oliver, Clerk
U.S. District Court
W.D. OF TN, Memphis

|  |  |
|---|---|
| SUSAN D HYDE | ) |
|  | ) |
|  | ) |
|  | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| THE PRUDENTIAL INSURANCE COMPANY OF NORTH AMERICA | ) |
| 68241 | ) |
|  | ) |
|  | ) |
| *Defendant(s)* | ) |

Civil Action No.  2:26-cv-02495-SHL-atc

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Serve through The Tennessee Commissioner Of Insurance,
500 James Robertson Parkway
Nashville, TN 37243

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  5/2/2026

s/ Judy Easley

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-02495-SHL-atc

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 ❑ I returned the summons unexecuted because _____ ; or

 ❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____ .


I declare under penalty of perjury that this information is true.


Date: _____                      _____
                                                                                        *Server's signature*


                                                                 _____
                                                                                        *Printed name and title*


                                                                 _____
                                                                                        *Server's address*

Additional information regarding attempted service, etc:

**TN** Department of
**Commerce &**
**Insurance**

May 26, 2026

Prudential Ins. Co. of America, The
300 Montvue Rd c/o C T C
Knoxville, TN  37919-5546
NAIC# 68241

Certified Mail
Return Receipt Requested
7020129000016208-5007

Re:  Susan D Hyde V. NAIC# 68241

Docket # 226CV02495

To Whom It May Concern:

Pursuant to Tennessee Code Annotated §56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served May 20, 2026, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Designated Agent
Service of Process

Enclosures

cc:    Federal District Court Clerk
        Shelby County
        167 North Main Street
        Memphis, TN  38103-1816

State of Tennessee, Department of Commerce & Insurance
500 James Robertson Parkway, Service of Process - 10th Floor, Nashville, TN 37243
Service.Process@tn.gov; 615-532-5260