**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| SUSAN D. HYDE,<br><br>       Plaintiff,<br><br>    v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF NORTH AMERICA,<br><br>       Defendant. | Case No. 2:26-cv-02495-SHL-atc |

**DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO
RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant The Prudential Insurance Company of America (incorrectly sued as "The Prudential Insurance Company of North America") ("Defendant" or "Prudential"), by its attorneys, respectfully moves this Court for an Order granting an extension of time of fourteen (14) days, through and including July 3, 2026 by which to answer or otherwise respond to Plaintiff Susan D. Hyde's ("Plaintiff") Amended Complaint. Plaintiff has consented to this motion. In support of this motion, Prudential states as follows:

1.      On April 30, 2025, Plaintiff filed a Complaint against Prudential in this Court. (ECF No. 1). On May 4, 2025, Plaintiff filed an Amended Complaint against Prudential. (ECF No. 6).

2.      Prudential was served on May 20, 2026 through the Tennessee Department of Commerce and Insurance.

3.      The current deadline for Prudential to answer or otherwise respond to Plaintiff's Amended Complaint is June 19, 2026.

4.      Prudential is promptly collecting and reviewing the relevant file documents in order to prepare a response to Plaintiff's Amended Complaint, but it requests an additional fourteen (14) days, until and including July 3, 2026, to complete its investigation and prepare its response.

5.      Prudential's counsel discussed this request with Plaintiff's counsel on May 19, 2026, and Plaintiff's counsel assented to the request.

6.      This is Prudential's first request for an extension of time to respond to Plaintiff's Amended Complaint.

7.      This motion is made in good faith and not for the purpose of unwarranted delay or any other improper purpose.

WHEREFORE, Prudential respectfully requests a fourteen (14) day extension of time, through and including July 3, 2026 to answer or otherwise respond to Plaintiff's Amended Complaint.

DATED:  June 9, 2026                              Respectfully submitted,

                                                 THE PRUDENTIAL INSURANCE
                                                 COMPANY OF AMERICA


                                                 By: */s/ Cyrus L. Booker*
                                                     Cyrus L. Booker
                                                     cbooker@bookerlegal.com
                                                     Booker Legal Group, P.C.
                                                     205 Powell Place, Suite 314
                                                     Brentwood, TN 37027
                                                     Telephone: 615-423-0389
                                                     Facsimile: 615-301-6500

                                                     *Counsel for Defendant*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the date and by the method of service noted, a true and correct copy of DEFENDANT PRUDENTIAL'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT was served electronically through CM/ECF upon the following counsel of record on June 9, 2026.

John E. Dunlap
3333 Poplar Ave Ste. A
700 S Thornton Avenue
Memphis, Tennessee 38111
jdunlap00@gmail.com

*/s/ Cyrus L. Booker*
Cyrus L. Booker