**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION**

| | | |
|---|---|---|
| SUSAN D. HYDE, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-02495-SHL-atc |
| | ) | |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, | ) | |
| Defendant. | ) | |

**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO PLAINTIFF'S AMENDED COMPLAINT**

Defendant Prudential Insurance Company of North America seeks a fourteen-day extension of its deadline to answer or otherwise respond to Plaintiff Susan Hyde's complaint. (ECF No. 10.) Hyde filed the operative, amended complaint here on May 4, 2026, alleging that Prudential violated Section 502 of the Employee Retirement Income Security Act of 1974 ("ERISA") by denying her disability benefits. (ECF No. 6.) Hyde served Prudential on May 20, 2026, so Prudential's answer or response under the Federal Rules is June 10, 2026. Fed. R. Civ. P. 12(a)(1)(A).

A court may only exercise its discretion to extend a deadline to answer or respond to a complaint for "good cause" shown. Fed. R. Civ. P. 6(b)(1). Good cause is shown by a party's diligence in attempting to meet the deadlines, lack of prejudice to the nonmoving party, and consideration of the length or number of extensions requested. Reed v. Tipton County, No. 25-cv-02851, 2025 U.S. Dist. LEXIS 254597, at *2 (W.D. Tenn. Dec. 9, 2025) (citing Inge v. Rock Fin. Corp., 281 F.3d 613, 625 (6th Cir. 2002)).

In support of the Motion, Prudential argues that it is "promptly collecting and reviewing

the relevant file documents in order to prepare a response," and needs additional time to complete the response.  (ECF No. 10 at PageID 21.)  Hyde does not oppose the Motion.

Prudential has shown good cause for the requested extension.  Hyde does not oppose the Motion, so there is no risk of prejudice to her.  In addition, this is Prudential's first extension request, and there is no indication that Prudential has needlessly tarried in preparing its responsive pleading.  For good cause shown, the Motion is **GRANTED.**  Prudential shall have until **June 24, 2026**,[1] to answer or respond to the Complaint.

**IT IS SO ORDERED,** this 9th day of June, 2026.

s/ Sheryl H. Lipman
SHERYL H. LIPMAN
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Although Prudential seeks an extension to July 3, 2026, that request is based on its miscalculation of its response deadline—a miscalculation resulting in its statement that its original deadline is twenty-nine days after service, not twenty-one.  (ECF No. 10 at PageID 20)