*Revised September 2025*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff<br>Susan D. Hyde | |
| Defendant The Prudential Insurance Company of America | |

| Case Number<br>2:26-cv-02495-SHL-atc | Judge<br>Sheryl H. Lipman |
|---|---|

I, Samuel Schwartz-Fenwick hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of The Prudential Insurance Company of America by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Exhibit A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Schwartz-Fenwick | Samuel M. | 6287340 |

| Applicant's Firm Name | | |
|---|---|---|
| Seyfarth Shaw LLP | | |

| Applicant's Address | | Room/Suite Number |
|---|---|---|
| 233 S. Wacker Drive | | 8000 |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60606 |

| Applicant's Email Address |
|---|
| sschwartz-fenwick@seyfarth.com |

| Applicant's Phone Number(s) |
|---|
| 312-460-5000 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 3932 N Marshfield Ave | |

| City | State | Zip Code |
|---|---|---|
| Chicago | IL | 60613 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| 6/22/2026 | S/ Samuel Schwartz-Fenwick |

Page -2-

## EXHIBIT A

## BAR ADMISSION OF SAMUEL SCHWARTZ-FENWICK

In support of his motion and order for admission *pro hac vice,* Samuel Schwartz-Fenwick affirms that he is a member in good standing of the following bars, with dates of admission and registration numbers, if any:

| State: | Date | Attorney ID No. |
|---|---|---|
| Illinois Supreme Court | 11/10/2005 | 6287340 |
| Federal: | | |
| Illinois Northern District Court | 1/12/2006 | 6287340 |
| Michigan Eastern District Court | 12/10/2013 | *No bar identification number assigned.* |
| Michigan Western District Court | 10/18/2013 | *No bar identification number assigned.* |
| Wisconsin Eastern District | 03/04/2010 | *No bar identification number assigned.* |
| Wisconsin Western District | 05/27/2009 | *No bar identification number assigned.* |
| Colorado District Court | 10/19/2022 | *No bar identification number assigned.* |
| Indiana Southern District | 04/23/2019 | *No bar identification number assigned.* |
| Florida Northern District | 02/26/2014 | *No bar identification number assigned.* |
| Second Circuit Court of Appeals | 1/29/2025 | *No bar identification number assigned.* |
| Third Circuit Court of Appeals | 09/20/2022 | *No bar identification number assigned.* |
| Seventh Circuit Court of Appeals | 08/29/2008 | *No bar identification number assigned.* |
| Ninth Circuit Court of Appeals | 7/29/2025 | *No bar identification number assigned.* |
| Eleventh Circuit Court of Appeals | 07/01/2015 | *No bar identification number assigned.* |