*Revised September 2025*

United States District Court for Western District of Tennessee
**MOTION FOR LEAVE TO APPEAR PRO HAC VICE**

Case Title

| | |
|---|---|
| Plaintiff<br>Susan D. Hyde | |
| Defendant The Prudential Insurance Company of America | |

| Case Number<br>2:26-cv-02495-SHL-atc | Judge<br>Sheryl H. Lipman |
|---|---|

I, Matthew A. Clabots                                    hereby apply to the United States District Court for the Western District of Tennessee, pursuant to Local Rule 83.4(d), for permission to appear and participate in the above-entitled action on behalf of The Prudential Insurance Company of America                      by whom I have been retained.

I am a member of good standing and eligible to practice before the following courts:

| Title of Court | Date Admitted |
|---|---|
| See Exhibit A | |
| | |
| | |
| | |

I certify that I subject myself to the jurisdiction of the United States District Court for the Western District of Tennessee and have obtained and have familiarized myself with and agree to be bound by the Western District of Tennessee Local Rules, Tennessee Supreme Court Rule 8 (Rules of Professional Conduct) and the Guidelines of Professional Courtesy and Conduct.

Please find attached a certificate of good standing from the highest Court of a state or the District of Columbia, and from a United States District Court.

A proposed order, in word processing format, granting this Motion will be emailed to the ECF mailbox of the presiding judge.

> The pro hac vice admission fee is $150.00 that shall be paid to the Clerk of Court through the Court's Electronic Case Filing System's pay.gov feature.

Page -1-

I hereby certify that the information provided below is true and accurate:

| Applicant's Last Name | First Name/Middle Initial | Bar/License Number |
|---|---|---|
| Clabots | Matthew | 6325571 |

| Applicant's Firm Name | | |
|---|---|---|
| Seyfarth Shaw LLP | | |

| Applicant's Address | | Room/Suite Number |
|---|---|---|
| 233 S. Wacker Drive | | Suite 8000 |

| City | State | Zip Code |
|---|---|---|
| Chicago | Illinois | 60606 |

| Applicant's Email Address |
|---|
| mclabots@seyfarth.com |

| Applicant's Phone Number(s) |
|---|
| 312-460-5329 |

| Residence Address/P.O. Box | Apt |
|---|---|
| 422 w. Armitage Avenue | Apt. B |

| City | State | Zip Code |
|---|---|---|
| Chicago | Illinois | 60614 |

Certificate of Consultation

| Date | Electronic Signature of Applicant |
|---|---|
| June 23, 2026 | S/ Matthew A. Clabots |

Page -2-

# EXHIBIT A

## MATTHEW AARON CLABOTS
## BAR ADMISSION DATES

In support of his Motion and Order for Admission Pro Hac Vice, Matthew Aaron Clabots affirms that he is a member of the following bars, with dates of admission and registration numbers, if any:

| State | Admission Date | Attorney ID No. |
|---|---|---|
| Wisconsin | May 18, 2009 | 1073934 |
| Illinois | May 4, 2017 | 6325571 |
| **Federal** | **Admission Date** | |
| Northern District of Illinois | July 13, 2023 | *no bar identification number assigned* |
| Western District of Wisconsin | December 8, 2010 | *no bar identification number assigned* |
| Eastern District of Wisconsin | February 4, 2020 | *no bar identification number assigned* |
| Eastern District of Michigan | March 1, 2021 | *no bar identification number assigned* |
| Southern District of Indiana | May 23, 2022 | *no bar identification number assigned* |
| District of Colorado | August 16, 2022 | *no bar identification number assigned* |