**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**MEMPHIS DIVISION**

| | |
|---|---|
| SUSAN D. HYDE,<br><br>    Plaintiff,<br><br>  v.<br><br>THE PRUDENTIAL INSURANCE<br>COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:26-cv-02495-SHL-atc |

**DEFENDANT'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, The Prudential

Insurance Company of America (incorrectly sued as "The Prudential Insurance Company of North

America"), states that it is a wholly-owned subsidiary of Prudential Financial, Inc. Prudential

Financial, Inc. is a publicly traded company, and no parent corporation

or any publicly-held corporation owns 10 percent or more of its stock.

326594282v.2

DATED: June 23, 2026

Respectfully submitted,


By:  *s/ Cyrus L. Booker*

Cyrus L. Booker
cbooker@bookerlegal.com
Booker Legal Group, P.C.
205 Powell Place, Suite 314
Brentwood, TN 37027
Telephone: 615-423-0389
Facsimile: 615-301-6500

Counsel for Defendant
THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA

2

326594282v.2

## **CERTIFICATE OF SERVICE**

I do hereby certify that I have caused a true and correct copy of the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT to be served upon the following, via the Court's CM/ECF system, on this 23rd day of June, 2026:

John E. Dunlap
3333 Poplar Ave Ste. A
700 S Thornton Avenue
Memphis, Tennessee 38111
jdunlap00@gmail.com


_s/ Cyrus L. Booker_
Cyrus L. Booker

326594282v.2